IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL BENTLEY,<br><br>　　　　　Defendant. | **8:19CR191**<br><br>**ORDER** |

This matter is before the Court on the Defendant's Unopposed Motion to Extend Self-Surrender Date [60]. The Court notes that the assigned prosecutor in this district does not object to the extension. Therefore,

IT IS ORDERED:

1. The Defendant's Unopposed Motion to Extend Date for Self-Surrender (Filing No. 60) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Tuesday, December 15, 2020 to the place designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 15th day of September 2020.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　Senior United States District Judge