IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19-CR-191 |
| vs. | ORDER NUNC PRO TUNC |
| MICHAEL BENTLEY, | |
| Defendant. | |

IT IS ORDERED:

1. The defendant's motion to extend (filing 62) is granted.

2. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons at 1:00 P.M. on January 21, 2021.

3. The Clerk of the Court is directed to provide a certified copy of this order to the United States Marshal.

Dated this 16th day of December, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge