IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BENTLEY,<br><br>Defendant. | 8:19-CR-191<br><br>ORDER |

The defendant has moved to extend his self-surrender date. Filing 65. The Court is advised that the motion is unopposed. Accordingly,

IT IS ORDERED:

1. The defendant's motion to extend (filing 65) is granted.

2. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons at 1:00 P.M. on March 24, 2021.

3. The Clerk of the Court is directed to provide a certified copy of this order to the United States Marshal.

Dated this 19th day of January, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge